IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>FRANGELYS LLELAMO PAREDES and ANDRUW MELENDEZ MAYORA,<br>Defendants. | **8:26-CR-31**<br><br>**ORDER** |

On August 6, 2026, the Government filed two Motions for Stay and Review of Release Order, Filing 62; Filing 65, requesting that the Court stay August 5, 2026, orders of a United States Magistrate Judge in the Northern District of Illinois releasing defendant Frangelys Llelamo Paredes and defendant Andruw Melendez Mayora and that the Court conduct *de novo* reviews of the magistrate judge's release orders. On August 7, 2026, the Court stayed the magistrate judge's order to allow the Court time to conduct *de novo* reviews of the release orders. Filing 70. The Court ordered counsel for the defendants to file a response to the Government's Motions for Review of Release Order, the portions of Filing 62 and Filing 65 that remain pending following the Court's order granting the stay. Filing 70. It does not appear that either defendant has been transported in custody to the District of Nebraska, and the Court therefore orders the defendants transported to Omaha, Nebraska, as outlined below. Additionally, the Court set August 12, 2026 for the defendants' responses to the Government's Motions for Review of Release Order. The Court notes that it is willing extend the date for response, at the request of defense counsel, given their recent

appointment. Counsel for defendants should let the Court know how much additional time they would like to respond, if needed.

IT IS ORDERED:

1. The United States Marshals Service shall transport defendants Frangelys Llelamo Paredes and Andruw Melendez Mayora to Omaha, Nebraska.

2. Upon arrival in the District of Nebraska, the United States Marshals Service shall immediately notify the United States Attorney and the Clerk of Court for the District of Nebraska of each defendant's arrival.

3. Pursuant to the Court's order at Filing 70, the magistrate judge's August 5, 2026, order granting the defendants release remains stayed pending the Court's ruling on the Government's Motions for Review of Release Order, Filing 62; Filing 65.

Dated this 11th day of August, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge